UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

**Darlington Amadasu**,
    Plaintiff(s),

    -vs-                                   CASE NO. 1:06-cv-584
                                           Judge Michael R. Barrett

**Commissioner of Social Security,**
    Defendant(s).

_____

### JUDGMENT IN A CIVIL CASE
_____

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**
**THAT** the Court finds the Plaintiff has failed to show exceptional circumstances as to why he did not file his complaint within 60 days from the presumed receipt of his denial letter and this Court does not have jurisdiction. The Magistrate Judge's Report and Recommendation (Doc. 16) is hereby **ADOPTED**. The matter is now **CLOSED** and **TERMINATED** from the docket of this Court.

Date: May 28, 2009                **JAMES BONINI, CLERK**

                                                  By: /s/ M. Rogers
                                                      Deputy Clerk